1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division
4  JEREMY M. GOLDSTEIN (CABN 324422)
   Special Assistant United States Attorney
5
6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7157
7  FAX: (415) 436-7234
   Jeremy.Michael.Goldstein @usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. 22-CR-00180-WHO |
|---|---|
| Plaintiff, | ) NOTICE OF DISMISSAL |
| v. | ) |
| EFRAIN CAMARILLO BARRIOS, | ) |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Efrain Camarillo Barrios.

DATED: April 16, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*Thomas A. Colthurst*

THOMAS A. COLTHURST
Chief, Criminal Division

NOTICE OF DISMISSAL
No. 22-CR-00180-WHO _____                                              v. 8/4/2021

1  Leave is granted to the government to dismiss the indictment against Efrain Camarillo Barrios.

2

3

4  Date: April 17, 2023

HON. WILLIAM H. ORRICK
United States District Judge